**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
|     MARK BRUNSTETTER, | : | |
|         Debtor | : | |
| | : | Bky. No.   18-13023 ELF |
| | : | |
| MARK BRUNSTETTER, | : | |
|     Plaintiff | : | |
|         v. | : | Adv. No.   18-126 ELF |
| PATRICIA BARR BRUNSTETTER, | : | |
|     Defendant | : | |

# O R D E R

**AND NOW**, **WHEREAS**, an Order was entered on **July 23, 2018** dismissing the main bankruptcy case,

**AND**, the above captioned adversary proceeding is still pending,

**AND**, generally, dismissal of a debtor's main case requiring the dismissal of all pending adversary cases, see In re Smith, 866 F.2d 576 (3rd Cir. 1989); In re Stardust Inn, Inc., 70 B.R. 888 (Bankr. E.D. Pa. 1987); accord, In re Porges, 44 F.3d 159 (2d Cir. 1995),

**AND**, it appears that no justification exists for this court's retention of jurisdiction over this proceeding by way of ancillary jurisdiction,

**It is therefore ORDERED** that the above captioned adversary proceeding is **DISMISSED** for lack of jurisdiction.  The Clerk shall **ADMINISTRATIVELY CLOSE** this adversary proceeding forthwith.

**Date: July 23, 2018**

                                                **ERIC L. FRANK**
                                                **U.S. BANKRUPTCY JUDGE**